**PICTURE PATENTS, LLC,**
**Plaintiff/Counterclaim**
**Defendant–Appellant,**

and

**Intellinet, Inc., Counterclaim**
**Defendant–Appellant,**

v.

**AEROPOSTALE, INC., Dick's Sporting Goods, Inc., MLB Advanced Media, L.P., Major League Baseball Properties, Inc., NBA Media Ventures, LLC, NBA Properties, Inc., National Basketball Association, and The Charlotte Russe, Inc., Defendants–Appellees,**

and

**GSI Commerce Solutions, Inc. and GSI Commerce, Inc., Defendants/Counterclaimants–Appellees,**

and

**International Business Machines Corporation, Defendant/Counterclaimant–Appellee.**

No. 2011–1558.

United States Court of Appeals, Federal Circuit.

April 13, 2012.

Rehearing En Banc Denied July 26, 2012.

Thomas J. Parker, Alston & Bird, of New York, NY, argued for plaintiff/counterclaim defendant-appellant Picture Patents, LLC. and counterclaim defendant-appellant Intellinet, Inc. With him on the brief were Michael S. Connor and David M. Alban, of Charlotte, NC.

Nathan K. Cummings, Cooley LLP, of Reston VA, argued for defendants-appellees Aeropostale, Inc., et al. and defendants/counterclaimants-appellees GSI Commerce, et al. With him on the brief were Lori Mason; and Janet L. Cullum, of New York, NY.

Mark J. Abate, Godwin Procter LLP, of New York, New York, argued for defendant/counterclaimant-appellee International Business Machines Corporation. With him on the brief were Calvin E. Wingfield, Jr.; and William F. Sheehan, of Washington, DC.

PROST, MAYER, and WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See Fed. Cir. R. 36.*